THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY H. KNUTSON )<br>1826 13TH STREET, N.W #3 )<br>WASHINGTON, DC 20009 )<br>    )<br>RONNIE C. DONA )<br>101 COLEMAN PARK LANE )<br>ROCKVILLE, MD 20850 )<br>    )<br>v.   )<br>    )<br>VOORTHUIS OPTICIANS INC. and )<br>ALBERT VOORTHUIS, Individually )<br>3301 NEW MEXICO AVENUE )<br>WASHINGTON, D.C. 20016 )<br>    )<br>    ) | **FAIR LABOR STANDARDS ACT**<br>**CASE NO: 1:09-CV-00729** |

## PLAINTIFFS' NOTICE OF DISSMAL

As the parties have resolved this matter in advance of the Defendant filing a responsive pleading, Plaintiffs file this notice of dismissal of the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1)(A), with prejudice as to the claims of the named Plaintiffs.

July 14, 2009                               Respectfully submitted,

                                            /s/ Denise M. Clark
                                            Denise M. Clark, Esq. (420480)
                                            The Law Office of Denise M. Clark, PLLC
                                            1250 Connecticut Ave., N.W. Ste 200
                                            Washington, D.C. 20036
                                            (202)293-0015
                                            dmclark@benefitcounsel.com

## CERTIFICATE OF SERVICE

I certify that on July 14, 2009 a copy of the foregoing *Plaintiffs' Notice of Dismissal* was sent by electronic and first-class mail to:

>Dan Press, Esq.
>Chung & Press, P.C.
>6718 Whittier Ave. #200
>McLean, VA 22101
>703-734-3800
>703-734-0590 fax
>571-730-1955 direct
>dpress@chung-press.com

>Respectfully submitted,

>/s/Denise M. Clark
>Denise M. Clark (420480)
>The Law Office of Denise M. Clark
>1250 Connecticut Ave, N.W., Suite 200
>Washington, D.C. 20036
>(202) 293-0015
>dmclark@benefitcounsel.com